INDIANA NOVELTY MFG. CO. v. SMITH MFG. CO. (Circuit Court of Appeals, Seventh Circuit. June 18, 1900.) No. 631. Appeal from the Circuit Court of the United States for the Eastern District of Wisconsin. John W. Munday, for appellant. H. G. Underwood and E. H. Bottum, for appellee. By stipulation of counsel the same decree was entered as in No. 630 (Indiana Novelty Mfg. Co. v. Crocker Chair Co. [C. C. A.] 103 Fed. 496). See 90 Fed. 488.

---

LYMAN v. KANSAS CITY & A. R. CO. et al. (Circuit Court of Appeals, Eighth Circuit. September 10, 1900.) No. 1,184. Appeal from the Circuit Court of the United States for the Western District of Missouri. C. H. Nearing, for appellant. Lathrop, Morrow, Fox & Moore and Kenneth McC. De Weese, for appellees. Docketed and dismissed, pursuant to stipulation of parties; each party to bear the costs already paid by each, and the unpaid costs to be equally divided. See 101 Fed. 636.

---

NEEPER v. BRISCOE. (Circuit Court of Appeals, Eighth Circuit. September 10, 1900.) No. 1,422. Appeal from the District Court of the United States for the Eastern District of Missouri. Robert E. Collins, Dorsey A. Jamison, and Edwin A. Chappell, for appellant. Reuben F. Roy and C. T. Hay, for appellee. Dismissed, without costs to either party in this court, pursuant to the stipulation of the parties.

---

CONVERSE et al. v. PARMLY. (Circuit Court, S. D. New York. July 2, 1900.) Demurrer to Complaint in an Action at Law. Randolph Parmly and Arthur H. Masten, for demurrer. Charles A. Deshon, opposed.

LACOMBE, Circuit Judge. The complaint apparently declares upon a primary agreement of defendant to respond for losses, and not a guaranty that Prescott & Brooks shall respond for them. Indeed, no indebtedness of Prescott & Brooks to plaintiff for such losses is alleged, nor is there sufficient in the complaint to warrant such a holding. When the proofs are in the case may present a different aspect, but on the pleadings alone the demurrer must be overruled. Leave to answer within 20 days.

---

COOPER v. PRATT. SCHIFFER et al. v. SAME. (Circuit Court, N. D. New York. July 10, 1900.) L. A. Stebbins and George Lawyer, for plaintiffs. Charles E. Patterson and Charles O. Van Kirk, for defendant.

COXE, District Judge. These actions are barred for the reasons stated in the foregoing decision (Bank v. Pratt [C. C.] 103 Fed. 62), and in each the complaint is dismissed with costs.